E-FILED
Thursday, 17 August, 2006 02:04:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Robbie J. Moore                    )
                                   )
_____    )
                                   )
              Plaintiff,           )
                                   )
         vs.                       )        No. 06-2153
                                   )        (Supplied by Clerk)
Vermillion County                  )
                                   )
_____    )
                                   )
              Defendant(s)         )

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND COSTS

**FILED**

AUG 17 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I, _Robbie J Moore_ , plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single __X__ Married _____ Separated _____ Divorced _____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (X)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_Inmate Kitchen    $30.00  A month_

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (X) No ( ) If yes, describe each source and state how much you received.

_I recieved $10.00 from A friend (Clyde Smith),_
_$90.00 for A Class Action Suit concerning Stateville C.C._

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _& I owe the Institution $2.98_

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

$14.07 Legal copies & Postage 7-26-06

4-21-06 & 6-05-06  $10.00  Corespondence Counse

G. How much money do you have in private checking or savings accounts?

None

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (X)  No (X)

If yes, describe the property and its approximate value:

A Fan  $13.00

A Walkman  $34.00

I. Do you have any debts or obligations? Yes (X)  No (X)

If yes, list the amount owed, to whom, and any current payments that you are making.

I owe Pontiac C.C. $2.98 for Legal Copies.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

None

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Robbie Moore
SIGNATURE

8-15-06
DATE

Robbie Moore
B16483

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 2.98 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

Brenda Krone
(Authorized Officer)

Pontiac Correctional Center
(Institution)

Office Coordinator
(Title)

DATE 8/9/06

IMPORTANT:
    THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

3

**Pontiac Correctional Center**
**Trust Fund**

d_list_inmate_trans_statement_composite

Inmate Transaction Statement

REPORT CRITERIA  -  Date: 02/01/2006 thru End;      Inmate: B16483;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: B16483 Moore, Robbie J.**                          **Housing Unit: PON-SP-05-27**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 3.13 |
| 02/01/06 | Point of Sale | 60 Commissary | 032703 | 206801 | Commissary | -1.99 | 1.14 |
| 02/09/06 | Mail Room | 01 MO/Checks (Not Held) | 040262 | 08605648124 | Smith, Clyde | 10.00 | 11.14 |
| 02/10/06 | Payroll | 20 Payroll Adjustment | 041120 | | P/R month of 01/2006 | 10.00 | 21.14 |
| 02/23/06 | Point of Sale | 60 Commissary | 054745 | 208426 | Commissary | -20.76 | .38 |
| 03/10/06 | Payroll | 20 Payroll Adjustment | 069120 | | P/R month of 02/2006 | 9.52 | 9.90 |
| 03/22/06 | Point of Sale | 60 Commissary | 081703 | 210464 | Commissary | -7.77 | 2.13 |
| 03/27/06 | Disbursements | 80 Postage | 086320 | Chk #58795 | 463950, Pitney Bowes Bank, Inc,        Inv. Date: 03/20/2006 | -.39 | 1.74 |
| 03/27/06 | Disbursements | 80 Postage | 086320 | Chk #58795 | 463799, Pitney Bowes Bank, Inc,        Inv. Date: 03/17/2006 | -.39 | 1.35 |
| 04/07/06 | Payroll | 20 Payroll Adjustment | 097120 | | P/R month of 03/2006 | 10.00 | 11.35 |
| 04/07/06 | Mail Room | 01 MO/Checks (Not Held) | 097262 | 1112 | Atty Gary Marek, Settlement | 90.00 | 101.35 |
| 04/12/06 | Point of Sale | 60 Commissary | 102745 | 212476 | Commissary | -20.20 | 81.15 |
| 04/19/06 | Point of Sale | 60 Commissary | 109731 | 213148 | Commissary | -61.91 | 19.24 |
| 04/21/06 | Disbursements | 88 Course | 111320 | Chk #59174 | 04/21/06, Circle Of Light,        Inv. Date: 04/21/2006 | -5.00 | 14.24 |
| 04/26/06 | Point of Sale | 60 Commissary | 116731 | 213689 | Commissary | -10.16 | 4.08 |
| 04/26/06 | Point of Sale | 60 Commissary | 116731 | 213691 | Commissary | -.10 | 3.98 |
| 04/27/06 | Disbursements | 88 Catalog | 117320 | Chk #59226 | 04/27/06, Dick Blick Art Mater,        Inv. Date: 04/27/2006 | -2.00 | 1.98 |
| 05/04/06 | Payroll | 20 Payroll Adjustment | 124120 | | P/R month of 04/2006 | 10.00 | 11.98 |
| 05/10/06 | AP Correction | 88 Catalog | 130520 | Chk #59226 Voided | 04/27/06 - Dick Blick Art Mate | 2.00 | 13.98 |
| 05/17/06 | Point of Sale | 60 Commissary | 137731 | 215553 | Commissary | -7.29 | 6.69 |
| 06/06/06 | Disbursements | 88 Course | 157320 | Chk #59550 | 06/05/06, Circle Of Light,        Inv. Date: 06/05/2006 | -5.00 | 1.69 |
| 06/08/06 | Payroll | 20 Payroll Adjustment | 159120 | | P/R month of 05/2006 | 10.00 | 11.69 |
| 06/21/06 | Point of Sale | 60 Commissary | 172747 | 218257 | Commissary | -8.79 | 2.90 |
| 06/23/06 | Disbursements | 80 Postage | 174320 | Chk #59846 | 474815, Pitney Bowes Bank, Inc,        Inv. Date: 06/22/2006 | -.41 | 2.49 |
| 06/23/06 | Disbursements | 80 Postage | 174320 | Chk #59846 | 474185, Pitney Bowes Bank, Inc,        Inv. Date: 06/16/2006 | -.41 | 2.08 |
| 07/05/06 | Point of Sale | 60 Commissary | 186705 | 218646 | Commissary | -1.50 | .58 |
| 07/07/06 | Payroll | 20 Payroll Adjustment | 188120 | | P/R month of 06/2006 | 10.00 | 10.58 |
| 07/19/06 | Point of Sale | 60 Commissary | 200705 | 219680 | Commissary | -9.10 | 1.48 |
| 07/26/06 | Disbursements | 81 Legal Postage | 207320 | Chk #59984 | 477951, Pitney Bowes Bank, Inc,        Inv. Date: 07/24/2006 | -.39 | 1.09 |
| 08/08/06 | Payroll | 20 Payroll Adjustment | 220120 | | P/R month of 07/2006 | 10.00 | 11.09 |

| | |
|---|---|
| **Total Inmate Funds:** | 11.09 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 14.07 |
| **Funds Available:** | -2.98 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

RECEIVED

AUG 17 2006

U.S. CLERK'S OFFICE
URBANA IL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Robbie J. Moore )
**Plaintiff** )
)
 )
vs. )Case No. ~~00-CF-286~~  96-CF-264
Vermillion County (via) )
~~Claudia Anderson~~ claudia Anderson )
Larry Mills, Lisa Lovelace ) USDC NO. 06-2153
William Sohn )
Thomas J. Fahey )
**Defendant(s)** )

## COMPLAINT

X̶42 U.S.C. §1983 (suit against state officials for constitutional violations)

◻28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

◻Other

_____

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Robbie J. Moore , and states as follows:

My current address is: P.O. Box 99 (Pontiac  C.C.)
Pontiac, IL. 61764

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____
_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?               Yes        ☐    No  ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes        ☐    No  ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

    1. Parties to previous lawsuit:

        Plaintiff(s)        _____

        Defendant(s)        _____

        _____

    2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

*Violations of Rights, Unlawful/Improper Handling of cases*

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it          still pending?)

*Still pending (via) Post Conviction Relief Petition*

6. Approximate date of filing of

lawsuit *8 - 15 - 06*

7. Approximate date of disposition

*June 14th — Aug. 27th 1996 & May 24th 2000*

For additional cases, provide the above information in the same format on a separate page.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A. Is there a grievance procedure available at your institution?   Yes  ☒    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☐

No  ☒   If your answer is no, explain why not

*There is no grievanc process for this.*

C. Is the grievance process completed?    Yes  ☒    No ☐

   *PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

2:06-cv-02153-MPM-DGB    # 1    Page 8 of 14

# STATEMENT OF CLAIM

Place of the occurrence  Vermillion  County  Courthouse

Date of the occurrence  8-24-97   &   9-12-97   & 5-21-00

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
   *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1.) The States Attorney (Larry Mills) requested the Judge (Thomas Fahey) to change the Title of the Charge.

2.) The States Attorney requested the Court to adopt the Truth in Sentencing Act into the sentencing-

3.) The Title which the statute was changed to. had Already been declared Unconstitutional as had the Truth in Sentencing Act.

4.) The entire Court ignored the contridictions in the Witness(s) testimonies compared to what they had told the Invesigators.

5.) William Sohn gave A damaging Closing Argument during the Trail of (00-CF-246)

6.) The Judge gave me A harsher sentence during the New ~~this~~ Sentencing Hearing.

7.) the Defendant has Not yet received A
Just and Fair Trial.

8.) the Investigation of the accusations were slopped/x
preformed.

9.) The Defendant was Improperly Charged by
way of Information for A Class-X Felony.

10.) Larry Mills has never been appointed by the
Attorney General's Office, therefor should not be
prosicuting Felony cases.

11.) The Accusers have severly contridicted themselves
and have Purged themselves.

12.) The entire Proceedure of 96-CF-264 and 00-CF-246
was improperly Handled.

13. The recharging violates Double Jepordy and Void
due to the Charging Instrument of both cases.

14. The Public Defenders acted ineffectively, by
giving damaging Closing Arguments.

15. The Defendant/Plaintiff remained incarirated for 4-6 months
after his case was Reversed by the
Illinois Supreme Court in 2000.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Payment for violations of Illinois Constitutional Rights,
U.S. Constitutional Rights, Civil Rights, Cruel and
Unusual Punishment, Mental Anguish, Emotional Anguish,
Loss of Life & Liberties, Violations of Due Process of Law.
In the Sum of 4,000,000.00 is the reauested
Relief.

**JURY DEMAND**        Yes ☒        No ☒

**Signed this** 15th **day of** August ,
20 06 .

*Robbie J. Moore*
*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Robbie J. Moore | B-16483 |
| Address: Pontiac C.C.<br>P.O. Box 99<br>Pontiac, IL. 61764 | Telephone Number: |

1.)      June 14th of 1996 I was (improperly) Charged (by way of Information Indictment) for three Counts of Aggrivated Criminal Sexual Assault, and one Count of Aggrivated Criminal Sexual Abuse.    The Charging Instrument was Unlawful (causing the entire case to become Void) due to the fact (I believe) that the Illinois Law Book states " one being Charged with a Class-X Felony must be done so by way of Grand Jury Indictment, one being Charged with a Class-X Felony may not be done so by way of mere Information"! (actualy... in the original Information Indictment there were 7 youths that filed Accusations, but 4 of them merely vanished before the Preliminary Hearing)

2.)   The same day of the Trial (supposed (State Prosicutor) Larry Mills (whom I do NOT believe is an actual Assistant State's Attorney but merely a County Employee) requested the Judge (Thomas Fraghey) to be allowed to change the Title of the Charge/Statute to Preditory Criminal Sexual Assault (which not only violates Due Process of Law, P.C.S.A. had already been declared Unconstitutional by the Fourth District Illinois Supreme Court). The Judge allowed the change to be made.

3.) Accuser Jeffrey Griffen told a completely diffrent account of how the alleged act accurd, and testified that the act took place in a completely diffrent room.

4.) Teddy Campbell (Accuser) said that I allegedly gave him a couple of caffine pills, sodomised him, and then laid down and he went to sleep. (Not just after popping two caffine pills, he wouldn't of been able to go to sleep.

(P. 1)

5.) Accuser Amanda Crippin said someone gave her a little white pill that made her "delussional" and that I and my fience groped/fondled her. (Apparently she doesn't know the definision of the word delisional, other wise she would not have know what was (suposedly) happening to her at all)

4.) (After being Convicted by way of Bench Trial) at the Sentencing Hearing Larry Mills requested the Judge to adopt the Truth in Sentencing Act to the case. (this Act also had already been declared Unconstitutional by the Illinois Supreme Court.

5.) During the Appeal the Appellate Court recognised the fact that the Statute of P.C.S.A. was Unconstitutional as was the Truth in Sentencing Act. Yet instead of Reversing the case they Affirmd it and stated "let the Record show the Defendant was not convicted of P.C.S.A. but was infact Convicted of A.C.S.A."

6.) During the Appeal within the Illinois Supreme Court they recognised the Appellate Court had Violated Due Process of Law by attempting to change the Statute back (to what I was originaly Charged with) and Reversed the Case (Not Reversed in part and Affirmed in part)

7.) I remained incarsirated within Menard C.C. for 4-6 months after the Reversal (without being Charged with a Crime), I filed a Pro Se Habeus Corpus. At the H.C. Hearing Judge Claudia Anderson lied and said that the Illinois Supreme Court Affirmed Count #4 (A.C.S.Abuse) when infact the Final Judgement I recieved merely stated "Reversed".

(P. 2)

8.) At the closing during the H. Page Hearing Claudia Anderson informed me that "Mr. Moore the State Prosicutors Office will be Recharging you".

9.) I was Recharged (again by way of Information I dictment and for the same Statute used in 1996. (2000-CF-246)

(00-CF-246)

10.) At the Trial Hearing Jeffrey Griffen told a diffrent Account of how the (suposed) act accured than in 96-CF-264, and said it happend in the "Frontroom" (first it was in the Livingroom, then the kitchen, now it's the "Frontroom")

11.) Tus far I have Ineffective Assistence of Council by Lisa Lovelace (Court Appointed Public Pretender ("Defender") for her damaging Closing Argument "Mr. Moore is a run away train that should have been seen comming from a mile away". ) and Public Pretender ("Defender") William Sohn for his damaging Closing Argument "the Defendant didn't stick his finger in Jeffrey Griffen's but, he merely goosed him". )

12.) During the Sentecing Hearing requested Claudia Anderson to give me 90 years which he said wouldn't be a harsher Sentence under Old Law (50%) for he received 67 years in 96 under the Truth in Sentencing Act and would have done more time (like that is rellevant since the Act is Unconstitutional).
    The Judge agreed with this line of bull and gave me 90 years.
        I appealed!

13.) The Appellate Court recognised that the 90 years was a harsher Sentence than the original 67 years, and dropped it back to 60 years.

(During this time I was transfered from Menard C.C. to Pontiac C.C. and wrote the Appellate Pretender ("Defender") just to inform him that I'd been relocated. I sent him another letter requesting him to file a Motion of Leave to File Appeal in the Illinois Supreme Court. Two weeks (or so) after the 30 day timeline to file ran out I received a letter saying he refused to file an Appeal in the I.S.C. and a Pro Se Filing Kit accompaned the letter. I woundered why it was so late therfor I looked at the envelope, this idiot had sent it to Menard.)

14.) I had very few options thus I filed Pro Se Petition of Post Conviction Relief. The Court Appointed Public Pretender ("Defender") did Not preseant my entire Pro Se Petition. The Petition was denied. I Appealed!

15.) The original District refused to handle the case for I Argued Ineffect Assistence of Council on the Fourth (concerning the Direct Appeal), it was transfered to the Fifth District.

15.) I informed the Court that they are not viewing the whole Petition (this was ignored). The first Pretender ("Defender") filed a Motion to Withdraw as Council (without assisting me in anyway). She was removed. The second Pretender quickly filed a Motion to Withdraw as well and the Court denied the Petition. I recently filed the Petition in the I.S.C.

(P.4)