UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_Robbie J. Moore_,         )
    Plaintiff,              )
    vs.                     ) No. _06-2153_
_Vermillion County_,       )
    Defendant(s)            )

**FILED**
AUG 17 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Robbie J. Moore_, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_I have coresponded with several offices (Attorneys) who all did not desire to assist me._

3. In further support of my motion, I declare that (check appropriate answer):

  **X**    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

  ___    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__X__    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Robbie J. Moore_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac, IL. 61764_
City/State/Zip Code

Date: _8-15-06_

10/94