Dear "Clerk";

please allow me a stamped/filed copy of this Civil Claims Action/Suit.

Thank you for your time!

Sincerly

Mr. Robbie J. Moore (B-16483)
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764

RECEIVED
AUG 17 2006
U.S. CLERK'S OFFICE
URBANA, IL

Copies go to

Claudia Anderson
Larry Mills
Thomas Fahey
William Sohn
c/o
Vermillion County Courthouse
7 N. Vermillion St.
Danville, IL. 61832

---

Lisa Lovelace
c/o
Kurth & DeArmond
Attorneys at Law
419 N. Gilberts St.
Danville, IL. 61832

Dear Sirs (Judges),

I am coresponding with you concerning the Civil Suit/Claim.

First... I pray you allow/appoint Council to assist me with obtaining corloberating documents which unfortunitly I am not able to provide. This is why I did not attach any exibits with the Claim. Some time ago I was taken to Seg. and all my Court Documents, Trial/Hearing Transcripts were removed from my property. Nor have the Courts cooperated with me by assisting me with re-obtaing the legal material that disappeared.

Some of the documents that I should be allowed I never evin recieved at all (such as a copy of the Pro Se Petition of Post Conviction Relief, the Common Law Records, the Descovery, the Impact Statement, etc.

I pray my Claims are researched by the Council which I pray you allow/appoint to assist me, for <u>all</u> of the evidence prooving my Claims are in plain black & white.

Thankyou for your time!

Sincerly
Mr. Robbie J. Moore (B-1648)
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764

P.S.
The repisenitive of the Defendants will

8-17-06

Dear Sir (Appointed Council),
please allow me to apologize for not attaching any exhibits with my Claim but as I've explained to the Justices/Judges my legal papers were removed from my property when I was walked to Seg. So unfortunitly I don't possess the needed ~~da~~ documentation that prooves my Claims. If you are willing to look at the Indictments, Trial Transcripts, Sentencing Hearing Transcripts, etc. you will see for yourself that <u>all</u> of the proof is there in plain black & white.
 Thank you for your time!

Sincerly
Mr. Robbie J. Moore (B-1648
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764