# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>ROBBIE J MOORE v VERMILION COUNTY, ET AL | CASE NO.<br><br>06-2153 | Beginning Date of Trial:<br><br>10/6/06 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORR CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Robbie J Moore | B 16483 | PONTIAC | 10/6/06 | 11:00 - 12:30 |
| Chief Judge Michael P. McCuskey | N/A | URBANA COURTROOM 2 | 10/6/06 | 11:00 - 12:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:** August 17, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:     S/K. Wynn
        DEPUTY CLERK

cc: Robbie Moore

Format and wording approved by IDOC Legal Counsel 2/11/98