8-24-06

E-FILED
Tuesday, 29 August, 2006 03:01:26 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Magistrate Judge David G. Bernthal
U.S. District Court
201 S. Vine St. Room 218
Urbana, IL. 61802

Re: Moore v. Vermillion County (Case # 2:06-CV-02153-MPM-DGB)

Dear Mr. Bernthal,

I am coresponding with you in reguards to the receiving of the Civil Docket.

I am confused by the Response date (8/31/06). Response from whom?

I requested Counsel due to the fact he/she will be able to obtain the coloberating documentation which I have informed the Court was stolen/taken out of my property. Since I can not provide the needed Transcripts and documents, I figured Appointed Counsel could which as I have told the Court all the proof of my Claims are there in the Transcripts and documentation of 96-CF-264 & 2000-CF-246.

Thank you for your time!

Sincerly
Robbie Moore (B-16483)
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764