E-FILED
Thursday, 12 October, 2006  02:37:09 PM
Clerk, U.S. District Court, ILCD

Dear Chief Judge Mr. McCuskey,

I am coresponding in regards to the canceling of the 10-6-06 (2:06-CV-2153) Merit Hearing.

Why was it cancelled and when is it re-sceduled for?

Vermillion County has had almost three months to file any Motion or to prepare for the Hearing, so they shouldn't need a Motion of Continuence. This seems to be merely a ploy in which to stall for time.

In order for me to possess a fair hearing I will need to question the Defendants due to the fact I no longer am in possession of the Court Transcripts or Court Documents to collaborate my Claims.

The documents and transcripts do infact prove each claim raised in my Complaint.

Thank you for your time!

Sincerly
Robbie J. Moore
# B-16483
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764

FILED

OCT 12 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL