# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBBIE MOORE,**
**Plaintiff,**

        vs.   Case Number:   **06-2153**

**VERMILION COUNTY, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's complaint is dismissed.  Case termiaated.

ENTER this 18th day of October 2006.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK