IN THE UNITED STATES DISTRICT COURT
FOR THE Central DISTRICT OF ILLINOIS

Robbie J. Moore )
            Plaintiff/Appellant, )
                                  )
vs.                               ) Case No. 206-2153
                                  )
Vermillion County )
            Defendant/Appellee(s). )

FILED
OCT 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Robbie J. Moore, pro se, appeals to the United States Court of Appeals for the Seventh Circuit, the decision of the United States District Court for the Central District of Illinois, denying/dismissing his Civil Action Complaint. The Order of the District Court was entered on Oct. 18th, 2006.

Respectfully submitted,

Robbie J. Moore
Plaintiff/Appellant