# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL            Docket No.: 06-2153

Division: DANVILLE/URBANA

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

ROBBIE J MOORE            v.            VERMILION COUNTY, ET AL

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Robbie J Moore                       Name: NONE

Firm: B 16483                              Firm:

Address: P. O. Box 99                      Address:

Pontiac, IL  61764

Phone:                                     Phone:

---

Judge: Michael P. McCuskey                 Nature of Suit Code:  550

Court Reporter: NONE                       Date Filed in District Court:  8/17/06

                                           Date of Judgment: 10/18/06

                                           Date of Notice of Appeal:  10/24/06

Counsel:   ___Appointed       ___Retained    _X_ Pro Se

Fee Status:   ___Paid     ___Due     ___IFP     _X_IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).10**