E-FILED
Wednesday, 07 March, 2007  09:48:58 AM
Clerk, U.S. District Court, ILCD

Robbie J. Moore

Plaintiff

vs.

Vermillion County

Defendants

case No. 06-2153

**FILED**

MAR -6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Here comes the Plaintiff Robbie J. Moore on the 1st day of March in the year of 2007 requesting the Court to honor his appeal on the Grounds that the Vermillion County Courts violated his Illinois Constitutional Rights, U.S. Constitutional Rights, and his Civil Rights. Thus Vermillion County should be held accountable for the wrongfull act preformed by the Court itself.

A: The Information Indictment is Unconstitutional (for the Improper Charging Instrument in 96-CF-264 and 00-CF-246) for the Illinois Law book states "One being Charged with A Class-X Felony must be done so by way of Grand Jury Indictment, One being Charged with A Class-X Felony may NOT be done so by way of Information". Yet the Defendant was Charge twice by way of Information.

B: at the day of Trial the State's Prosicuter to change the title of the Charge violating Due Process of Law by requesting such an act. The Judge allowed the title to be changed.

C: the Illinois Supreme Court Reversed 96-CF-264 in 2000. After remaing incarsirated for 4-6 month after the Reversal the Defendant (Plaintiff) filed A ProCe Habeas Corpus. At the H.C.

(P.1)

Hearing the Defendant (Plaintiff) was informed by the Judge that he would be Re-charged.

D: the Defendant was Re-Charged (by another Informational Indictment) with the same Statute that he was originaly Charged with June 14th of 1996 (96-CF-264), thus violating the Double Jepordy Statute.

E: the Defendant (Plaintiff) was Re-convicted and received A harsher Sentence than he received in 96-CF-264.

Due to the stated Errors the Plaintiff requests the Court to allow his requested remedy mentioned in the original Civil Action form. or to allow the Plaintiff some form of Award for the Courts Unlawful/Unconstitutional acts.

Robbie J. Moore

Prison No. B-16483
P.O. Box 112
Joliet, IL.
60434