# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: June 13, 2007

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

FROM: Clerk of the Court

RE: 06-3870
Moore, Robbie J. v. Vermilion County IL
06 C 2153, Michael P. McCuskey, Chief Judge

FILED
JUN 15 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date: _____6/15/07_____           s/V. Ball
(1202-052495)                     Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Date: June 13, 2007

By the Court:

No. 06-3870

ROBBIE J. MOORE,
        Plaintiff - Appellant

v.

VERMILION COUNTY, ILLINOIS, CLAUDIA S. ANDERSON, LARRY MILLS, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 2153, Michael P. McCuskey, Chief Judge

    On 05/16/07, this court issued an order directing the pro se appellant to file a brief memorandum by 05/31/07, explaining why he contends the district court's denial of the in forma pauperis motion is erroneous. The appellant has neither paid the $455 appellate fee nor filed the brief memorandum. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).


(1251-PLRA(g)-041299)

A True Copy
Teste:

_J Kqm_ _deputy_
Clerk of the United States
Court of Appeals for the
Seventh Circuit